JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL OTT,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>MICHAEL EVANS, WARDEN,<br><br>　　　　Respondent. | Case No. CV 08-8302-ODW (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: October 1, 2009

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE